IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-po-01009-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH THOMPSON

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of                                      Kathy Triplett, Deputy Clerk
Magistrate Judge Michael J. Watanabe                        February 28, 2011

Pursuant to the Notice of Disposition and Motion to Vacate Trial (doc #16), it is hereby

    ORDERED that trial set for March 3, 2011 is VACATED and the notice of disposition is accepted. It is further

    ORDERED that the defendant shall pay a fine of $65.00 and a special assessment of $10.00 to the U.S. District Court; 901 19th Street; Denver, CO 80294 on or before March 15, 2011. This case is administratively closed.

---

    The undersigned hereby certifies that on the above date a copy of this minute order was duly mailed to the persons listed below by electronic notice through the court's electronic filing system or by conventional means:

David W. Illingworth II                       Keith Thompson
David.illingworth@usafa.af.mil            100 South Elm Street
                                                         Denver, CO 80246

                                                         Greg Langham, Clerk

                                                         by: s/KTriplett
                                                             Deputy Clerk